UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**Francesse Senat Dor,**

    Plaintiff,

v.                                          Case No. 3:25-cv-01915-SVN

**Google LLC,**

    Defendant.

**FIRST AMENDED COMPLAINT**

1. Plaintiff Francesse Senat Dor, proceeding pro se, respectfully submits this First Amended Complaint pursuant to the Court's order dated November 14, 2025, amending the prior complaint filed on November 13, 2025.
2. This is a civil action under Connecticut common law for negligence, emotional distress, and platform harm.
3. Defendant failed to protect Plaintiff's Gmail account from impersonation, spoofing, sexually explicit spam, and abusive harassment.
4. This conduct caused reputational harm, emotional distress, and disrupted Plaintiff's professional communications and federal litigation.
5. This Court has jurisdiction under 28 U.S.C. § 1332 because the matter in controversy exceeds $75,000 and is between citizens of different states.
6. Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because Google LLC conducts business in Connecticut and a substantial part of the events or omissions giving rise to Plaintiff's claims occurred within this District.

7. Plaintiff Francesse Senat Dor is a resident of Stamford, Connecticut.
8. Defendant Google LLC is a Delaware corporation with principal offices in California, conducting business nationwide including Connecticut.
9. Plaintiff's Gmail account was repeatedly targeted by spoofed emails falsely appearing to originate from Plaintiff's own address.

10. Plaintiff received sexually explicit spam and abusive messages, including one stating, "Why are you harassing my daughter, you pig," which caused reputational harm and emotional distress.
11. Gmail's filters failed to block these messages, allowing impersonation and harassment to reach Plaintiff's inbox.
12. These failures disrupted Plaintiff's professional communications and ongoing federal litigation.

**Count I – Negligence (Common Law)**

13. Defendant owed Plaintiff a duty of reasonable care to protect her Gmail account from impersonation, spoofing, and harmful content.
14. Defendant breached that duty by failing to implement adequate safeguards and allowing spoofed and abusive emails to reach Plaintiff's inbox.
15. As a direct and proximate result of Defendant's breach, Plaintiff suffered reputational harm, emotional distress, and disruption of professional communications.

**Count II – Emotional Distress (Common Law)**

16. Defendant's failures caused Plaintiff to receive sexually explicit spam and abusive messages, including one falsely accusing her of harassment.
17. These communications caused Plaintiff severe emotional harm, reputational damage, and disruption of her legal advocacy.
18. Defendant's conduct was extreme and outrageous, and it foreseeably resulted in Plaintiff's emotional distress.

**Count III – Platform Harm / Interference with Rights (Common Law)**

19. Defendant's conduct damaged Plaintiff's reputation by allowing impersonation and spoofing of her Gmail account.
20. Defendant's failures interfered with Plaintiff's ability to pursue her professional and legal obligations.
21. Plaintiff has suffered reputational harm and disruption of her federal litigation as a result.
22. Plaintiff respectfully seeks compensatory damages in the amount of $100,000 or more, for **reputational harm**.
23. Plaintiff seeks emotional distress damages in the amount of $250,000 or more, for severe emotional suffering and disruption of professional and legal advocacy.
24. Plaintiff seeks punitive damages in the amount of $250,000 or more, to deter Defendant and others from similar misconduct.
25. Plaintiff seeks a total award in excess of $600,000, subject to proof at trial.
26. Plaintiff seeks such other and further relief as the Court deems just and proper.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in her favor and award damages in excess of $600,000, along with such other relief as the Court deems just and proper.

Plaintiff demands a trial by jury on all issues so triable.

**Respectfully submitted,**

/s/ Francesse Senat Dor

Francesse Senat Dor, Pro Se

25 Taylor Street, Apt. 41

Stamford, CT 06902

Email: francessesenat3@gmail.com

**Certification:** I certify under penalty of perjury that this Amended Complaint is prepared and submitted by me, without reliance on automated drafting tools.